■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW JOSEPH JENNINGS, III, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Rockland County (Nelson, J.), imposed September 21, 1987.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JOHNSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rienzi, J.), rendered February 19, 1987, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Bracken, Rubin, Sullivan and Rosenblatt, JJ., concur.